UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHNATHON GREGORY EDWIN JAITE, individually and on behalf of his minor children,<br><br>Petitioners,<br><br>v.<br><br>BENTON COUNTY, WASHINGTON *et al.*,<br><br>Respondents. | No. 4:16-cv-05054-SAB<br><br>**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS** |

Before the Court is Petition for Writ of Habeas Corpus. ECF No. 1. Petitioner is a father seeking the return of his minor children. The Petition has not been served on Respondents.

The petition must be denied for at least three reasons. First, this Court lacks jurisdiction to hear a petition for a writ of habeas corpus for the return of Petitioner's children under either 28 U.S.C. § 2241 or § 2254. *Lehman v. Lycoming County Children's Services Agency*, 458 U.S. 502, 516 (1982). Second, it is well-established that federal courts should generally abstain from exercising jurisdiction

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS** # 1

in domestic disputes. *See Ohio* ex rel. *Popovici v. Agler*, 280 U.S. 378, 383 (1930) (explaining domestic relations, including between parents and children, are left to the states); *Peterson v. Babbitt*, 708 F.2d 465, 466 (9th Cir. 1983) (per curiam) (explaining decisions regarding the welfare of children are traditionally left to the states). Third, it does not appear that the children are in custody of the state, therefore, even if this Court could otherwise issue a court order, a writ of habeas corpus under § 2254 would not be the correct vehicle.

Accordingly**, IT IS HEREBY ORDERED:**

1. Petitioner's Petition for Writ of Habeas Corpus, ECF No. 1, is **DISMISSED**.
2. The Court declines to issue a certificate of appealability. Petitioner may still request a certificate of appealability from the Ninth Circuit Court of Appeals pursuant to Federal Rule of Appellate Procedure 22(b) and Local Ninth Circuit Rule 22-1.
3. Any pending hearings and other deadlines are **stricken**.
4. This file shall be **closed** and **judgment entered** for Respondent.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 22nd day of April 2016.



Stanley A. Bastian
United States District Judge

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS** # 2